UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RON LIVINGSTON,

                Plaintiff,

      -against-                          25-CV-4374 (LTS)

STANDARD INTERNATIONAL            ORDER DIRECTING ADDRESS
MANAGEMENT, LLC,

                Defendant.

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Plaintiff, who brings this action *pro se*, not provide his mailing address or consent to accept electronic service of documents.[1] The Court therefore directs Plaintiff, within 30 days of the date of this order, to provide his mailing address for service of documents or consent to accept electronic service. A consent to electronic service form is attached to this order.

      No summons shall issue at this time. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

      The Clerk of Court is directed to email a copy of this order to Plaintiff at livingstonrond@gmail.com, and to provide a copy of this order to Plaintiff should he appear at the court's Pro Se Intake window.[2]

---

[1] By order dated May 28, 2025, the Court directed Plaintiff to either pay the $405.00 in fees required to bring a civil action or submit an amended application to proceed *in forma pauperis*. Because Plaintiff did not provide a mailing address, the Clerk of Court emailed a copy of that order to his email address on file.

[2] Because Plaintiff does not provide a mailing address, the Clerk of Court is unable to mail a copy of this order to Plaintiff.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   May 28, 2025
         New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge

## CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

Please list all your pending and terminated cases to which you would like this consent to apply. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____

_____
Name (Last, First, MI)

_____
Address          City          State          Zip Code

_____
Telephone Number          E-mail Address

_____
Date          Signature

**Click Here to Save**