UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
RONNIE LIVINGSTON,  :
:
                    Plaintiff,  :
:     25-CV-4374 (JMF)
    -v-  :
:     ORDER
:
STANDARD INTERNATIONAL MANGEMENT, :
LLC.,  :
:
                    Defendant.  :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      By separate Amended Order of Reference dated today, the undersigned is referring this case to Magistrate Judge Sarah Netburn for general pretrial purposes, which includes the Defendant's pending motion to compel, ECF No. 40, and Plaintiff's motion for reconsideration, ECF No. 37. To be clear, unless and until the Court orders otherwise, the referral does not encompass any dispositive motions, which will be handled by the undersigned.

      SO ORDERED.

Dated: November 12, 2025
      New York, New York

                                                   JESSE M. FURMAN
                                           United States District Judge