```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RONNIE LIVINGSTON,

                              Plaintiff,

          -against-

STANDARD INTERNATIONAL MANGEMENT,
LLC,

                             Defendant.

-----------------------------------------------------------------X

25-CV-04374 (JMF)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

      On Wednesday, November 12, 2025, the Honorable Jesse M. Furman amended the referral order to include general pretrial proceedings. A discovery conference to discuss the issues raised in parties' recent submissions is scheduled for Thursday, November 20, 2025, at 3:00 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. If this date is unavailable for any party, they must contact Courtroom Deputy Diljah Shaw at diljah_shaw@nysd.uscourts.gov.

**SO ORDERED.**

                                                                          SARAH NETBURN
                                                                          United States Magistrate Judge

DATED:      November 13, 2025
               New York, New York