UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

RONNIE LIVINGSTON,

                Plaintiff,                  25-CV-04374 (JMF)(SN)

      -against-                              **ORDER**

STANDARD INTERNATIONAL MANAGEMENT,
LLC,

                Defendant.
------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      On Wednesday, November 19, 2025, the parties appeared for a conference to discuss various discovery disputes. As discussed on the record, Plaintiff's motion for reconsideration (ECF No. 37) is DENIED.

      The Court addressed several disputes regarding the scope of discovery and the parties' obligation to meet and confer in a collegial and respectful manner. The parties are ORDERED to comply with the Court's rulings from the bench. Further, the parties are ORDERED to complete their rolling productions by no later than Tuesday, December 9, 2025. The parties shall file separate letters (of no more than three pages) regarding the status of discovery and any outstanding disputes by no later than Monday, December 22, 2025. Moreover, if Defense counsel would like to renew her request for a deposition room in the Thurgood Marshall Courthouse, she may make that request in Defendant's status letter. The Clerk of Court is respectfully requested to terminate the motions at ECF Nos. 40 and 50.

**SO ORDERED.**

                                                                           SARAH NETBURN
                                                                           United States Magistrate Judge

DATED:      November 19, 2025
                New York, New York