**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X

**RONNIE LIVINGSTON,**

<table>
<tr><td style="text-align:center"><b>Plaintiff,</b></td><td style="text-align:center"><b>25-CV-04374 (JMF)(SN)</b></td></tr>
<tr><td style="text-align:center">-against-</td><td style="text-align:center"><u><b>ORDER</b></u></td></tr>
</table>

**STANDARD INTERNATIONAL MANAGEMENT,**
**LLC,**

<b>Defendant.</b>

----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

The parties' recent status letters confirm that Defendant has complied with its discovery obligations to date. It appears that certain discovery responses were not yet due at the time of the filing, and Defendant has committed to responding within the time provided under the Rules. To the extent further disputes remain outstanding, the parties must first engage in a meet and confer process, during which they must discuss the issues in a professional manner and with an eye toward compromise. Only after that negotiation is completed, may a party file a letter requesting judicial intervention. Considering the February 1, 2026 close of fact discovery, any such letter should be filed by Friday, January 9, 2026. Any response letter may be filed by Wednesday, January 14, 2026.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     December 29, 2025
           New York, New York