

101 Park Avenue, 17th Floor
New York, NY 10178
☎ 212.878.7900 🖨 212.692.0940
www.foxrothschild.com

Stephanie M. Steinberg, Esq.
Direct Dial: 212-878-7973
Email: smsteinberg@foxrothschild.com

March 19, 2026

**VIA ECF**

Honorable Jesse M. Furman
United States District Judge
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, New York 10007

**Re:**   *Livingston v. Standard Int'l. Mgt., LLC, Civil Action Case No. 1:25-cv-04374 (JMF)*
        **Request for Extension of Time to File Motion for Summary Judgment**

Dear Judge Furman:

We represent Defendant Standard International Management, LLC ("Defendant") in the above-referenced matter. We write to request a brief extension of time to file Defendant's motion for summary judgment. The motion is currently due on March 23, 2026, and we request a one-week extension to March 30, 2026. This is Defendant's first request for an extension of this deadline.

Defendant requests the extension because the undersigned dealt with an unexpected medical situation last week, which caused significant delay in completing the motion. Plaintiff has informed the undersigned that he does not consent to the extension. If the extension is granted by the Court, then it follows that Plaintiff's time to file opposition papers should be extended one week from April 20, 2026 to April 27, 2026, and Defendant's time to file reply papers should be extended from April 30, 2026 to May 7, 2026.

We thank the Court for its time and attention to this matter. Should you have any questions or require further information, please do not hesitate to contact us.

A Pennsylvania Limited Liability Partnership

California    Colorado    Delaware    District of Columbia    Florida    Georgia    Illinois    Massachusetts    Minnesota    Missouri
Nevada    New Jersey    New York    North Carolina    Oklahoma    Pennsylvania    South Carolina    Texas    Washington

Honorable Jesse M. Furman
March 19, 2026
Page 2 of 2

Respectfully submitted,

**FOX ROTHSCHILD LLP**

*/s/ Stephanie M. Steinberg*
Stephanie M. Steinberg

cc:    Plaintiff, Pro Se, via ECF

Application GRANTED.  The Clerk of Court is directed to terminate ECF No. 72.

    SO ORDERED.

March 19, 2026

183509161.1