USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 11/6/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X

**RONNIE LIVINGSTON,**

**Plaintiff,**

**-against-**

**STANDARD INTERNATIONAL MANAGEMENT, LLC,**

**Defendant.**

---------------------------------------------------------------X

**25-CV-04374 (JMF)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

Given *pro se* Plaintiff's status letter and the Court's response, ECF Nos. 97–98, the parties are encouraged to discuss whether resolution of this matter through settlement is possible. If the parties believe it would be productive, they should immediately, jointly, contact Courtroom Deputy Diljah Shaw at Diljah_Shaw@nysd.uscourts.gov to schedule a settlement conference.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: November 6, 2026
New York, New York